IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL J. MARTIN,                      )
                                        )
                    Plaintiff,          )
                                        )
vs.                                     )   Case No.: 13-CV-2041 KHV/DJW
                                        )
KANSAS COUNSELORS, INC.,                )
                                        )
                    Defendant.          )

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the District of Kansas:

COMES NOW defendant Kansas Counselors, Inc., the removing party, and for its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully shows this Court that:

1. On the 27th day of December, 2012, the above-entitled action was filed in the District Court of Johnson County, Kansas, and is now pending therein.

2. The removing party is the defendant in the above-entitled action.

3. On or about the 3rd day of January, 2013, defendant was served with the Petition in the above-entitled action.

4. No further proceedings have been had herein in the District Court of Johnson County, Kansas.

5. The above-entitled action is a claim for alleged violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692), Fair Credit Reporting Act (15 U.S.C. § 1681) and Kansas Consumer Protection Act, as well as claims for defamation and declaratory judgment.

6. Thirty (30) days have not yet elapsed since defendant was served with plaintiff's Petition, which was the initial pleading setting forth the claim for relief upon which this action is based. Therefore, the time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has not yet expired.

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331 in that this action involves a federal question with respect to plaintiff's claims pursuant to 15 U.S.C. § 1692 and 15 U.S.C. § 1681.

8. Attached to this Notice as Exhibit A is a copy of the Petition filed by the plaintiff in the above-entitled action in the District Court of Johnson County, Kansas.

9. Defendant designates Kansas City, Kansas as the place of trial.

10. Defendant Kansas Counselors, Inc. will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

WHEREFORE, defendant prays that the above-entitled cause now pending in the District Court of Johnson County, Kansas, be removed to the United States District Court for the District of Kansas at Kansas City.

Respectfully submitted,

FRANKE SCHULTZ & MULLEN, P.C.

/s/ Pamela J. Welch
PAMELA J. WELCH          Ks.#21534
8900 Ward Parkway
Kansas City, Missouri 64114
Phone: (816) 421-7100
Fax:    (816) 421-7915
pwelch@fsmlawfirm.com

and

Michael A. Klutho         Ks.#78069
BASSFORD REMELE, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000/Fax: (612) 333-8829
mkluto@bassford.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

A Scott Waddell   #20955
Waddell Law Firm, LLC
2029 Wyandotte Street, Suite 100
Kansas City, Missouri 64108
Phone: (816) 221-2555
Fax: (816) 221-2508
scott@aswlawfirm.com
**ATTORNEY FOR PLAINTIFF**

/s/ Pamela J. Welch
Attorney for Defendant