IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICHAEL J. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:13cv2041 KHV/DJW |
| | ) | |
| KANSAS COUNSELORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT KANSAS COUNSELORS, INC.'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW defendant Kansas Counselors, Inc., by and through counsel, pursuant to Fed. R. Civ. Pro. 56 and Local Rule 56.1, moves for Summary Judgment in its favor and against plaintiff. In support of its Motion, defendant offers the attached Memorandum in Support of its Motion for Summary Judgment.

Respectfully submitted,

FRANKE SCHULTZ & MULLEN, P.C.

  /s/ Pamela J. Welch
PAMELA J. WELCH          Ks.#21534
8900 Ward Parkway
Kansas City, Missouri 64114
Phone: (816) 421-7100
Fax:    (816) 421-7915
pwelch@fsmlawfirm.com

and

Michael A. Klutho          Ks.#78069
BASSFORD REMELE, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
(612) 333-3000/Fax: (612) 333-8829
mkluto@bassford.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of February, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

A Scott Waddell   #20955
Waddell Law Firm, LLC
2029 Wyandotte Street, Suite 100
Kansas City, Missouri 64108
Phone: (816) 221-2555
Fax: (816) 221-2508
scott@aswlawfirm.com
**ATTORNEY FOR PLAINTIFF**


  /s/ Pamela J. Welch
Attorney for Defendant