IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL J. MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-cv-02041-TJJ |
| KANSAS COUNSELORS, INC., | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**( )**     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )**     **DECISION BY THE COURT.** This action was decided by the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that, pursuant to the Memorandum and Order (ECF No. 37), filed May 13, 2014, Defendant's Motion For Summary Judgment (ECF No. 31) filed on February 3, 2014 was **granted as to Plaintiff's Fair Debt Collection Practices Act ("FDCPA") claims in Count One**, such that Plaintiff is to take nothing on his FDCPA claims in Count One, and the remaining state law claims in Counts Two, Three, and Six were **REMANDED** to the District Court of Johnson County, Kansas.

**Dated: May 13, 2014**                                                                 **TIMOTHY M. O'BRIEN, CLERK**

                                                                                    **s/ Marla Gonzales**
                                                                                    **Marla Gonzales, Deputy Clerk**